ACCEPTED
12-14-00298-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/26/2014 10:17:04 AM
CATHY LUSK
CLERK

## TWELFTH COURT OF APPEALS
### TYLER TEXAS
### STATE OF TEXAS

December 23, 2014

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

12/26/2014 10:17:04 AM

CATHY S. LUSK
Clerk

**RE:**   Case Number:              12-14-00298-CR
        Trial Court Case Number:   CR-13-8411

**Style:** Robert Eugene Pritchett
       v.
       The State of Texas

## MOTION TO EXTEND THE TIME
## FOR FILING APPELLANT'S BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

Appellant's brief is due on January 5, 2015. Appellant's counsel has since receiving notice of due date been diligently involved in the research, preparation and timely completion of said brief. However, the impending Christmas and New Years holidays significantly curtail office staff availability and effort in regards, active unrelated cases notwithstanding.

Appellant respectfully requests pursuant App. Pro. 10.5 (b) an extension of time of (30)thirty days from due date. Appellant has not received any previous extension of time.

**WHEREFORE PREMISES CONSIDERED,** counsel for Appellant respectfully requests that the Supreme Court of Appeals grant Appellant an extension of (30) thirty days time beyond Appellant's due date of January 5, 2015.

Respectfully submitted,

/s/donovan paul dudinsky

_____
Donovan Paul Dudinsky
Texas State Bar No. 24038869
701 South Liberty Street
San Augustine, Texas 75972
Tel. (936) 275-9871
Fax. (936) 275-9655
E-Mail: dpauldudinsky@yahoo.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

On this 26th day of December San Augustine County District Attorney J. Kevin Dutton was served by facsimile service at 936-275-9905.

/s/donovan paul dudinsky

_____
Donovan Paul Dudinksy